**No. 10-8582. Tony Curtis Barrino, Petitioner v. Department of the Treasury, et al.**

563 U.S. 971, 131 S. Ct. 2177, 179 L. Ed. 2d 956, 2011 U.S. LEXIS 3260.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1294, 131 S. Ct. 1694, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2408.

**No. 10-8855. Kevin Sean Polk, Petitioner v. Arthur F. Beeler, Warden, et al.**

563 U.S. 971, 131 S. Ct. 2177, 179 L. Ed. 2d 956, 2011 U.S. LEXIS 3273.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1297, 131 S. Ct. 1702, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2400.

**No. 10-8947. In re Thomas Edward Nesbitt, Petitioner.**

563 U.S. 971, 131 S. Ct. 2178, 179 L. Ed. 2d 956, 2011 U.S. LEXIS 3310.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1269, 131 S. Ct. 1624, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 1949.

**No. D-2504. In the Matter of the Disbarment of Leonard W. Krouner.**

563 U.S. 959, 131 S. Ct. 2178, 179 L. Ed. 2d 956, 2011 U.S. LEXIS 3365.

April 25, 2011. Motion for reconsideration of disbarment denied.

Former order, 562 U.S. 1213, 131 S. Ct. 1566, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1100.